UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LINDA L. TAYLOR, | ) | Case No. 16-12498 HRT |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

_____

### NOTICE OF CHANGE OF ADDRESS
_____

  PLEASE TAKE NOTICE that Debtor Linda LaVonne Taylor, has a new address, which is as follows:

20232 Howell Road<br>
Lincoln, AR 72744

  DATED this 31st day of May, 2016.

              /s/ Lynn Hahn Martinez
              Lynn Hahn Martinez, #15349
              1123 North Elizabeth Street
              Pueblo, CO 81003
              (719) 542-6707
              Attorney for Debtor

CERTIFICATE OF SERVICE

  The undersigned certifies that on the 31st day of May, 2016, I served by prepaid first class mail a copy of the **NOTICE OF CHANGE OF ADDRESS** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed.R.Bankr.P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Robertson B. Cohen | Office of the U.S. Trustee |
| 1720 So. Bellaire Street, Suite 205 | 1961 Stout Street, Suite 12-200 |
| Denver, CO 80222 | Denver, CO 80294 |
| | |
| Bass & Associates, P.C. | |
| 3936 E. Ft. Lowell Road, Suite 200 | |
| Tucson, AZ 85712 | |

              s/s Lynn Hahn Martinez